# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Mirsada Dzambegovic, | Case No. 20-12234 |
| Debtor. | Hon. A. Benjamin Goldgar (Lake) |
| Joseph E. Cohen, as Trustee for the Estate of Mirsada Dzambegovic, | |
| Plaintiff, | |
| v. | Adv. No. 21-00028 |
| Mirsada Dzambegovic, Sabrina Dzambegovic, Mortgage Electronic Registration Systems, Inc., as nominee for United Wholesale Mortgage, United Wholesale Mortgage, Unknown Owners, Nonrecord Claimants, and Unknown Tenants, | |
| Defendants. | |

## STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that the time for defendants Mirsada Dzambegovic, Sabrina Dzambegovic, and Federal Home Loan Mortgage Corporation to move against, answer or otherwise respond to the Complaint is hereby extended 30 days through and including June 24, 2021.

| | |
|---|---|
| **JOSEPH E. COHEN, as Trustee of the Estate of Mirsada Dzambegovic** | **MIRSADA DZAMBEGOVIC and SABRINA DZAMBEGOVIC** |
| By:*/s/ Carrie A. Dolan*<br>　Cornelius P. Brown<br>　Carrie A. Dolan<br>　Cohon Raizes & Regal LLP<br>　208 S. LaSalle Street, Suite 1440<br>　Chicago, Illinois 60654<br>　(312) 726-2252 | By: */s/ Catherine L. Steege*<br>　Catherine L. Steege<br>　William A. Williams<br>　Jenner & Block LLP<br>　353 N. Clark St.<br>　Chicago, Illinois 60654<br>　(312) 923-2952 |
| *Counsel for the Trustee* | *Counsel for Mirsada Dzambegovic and Sabrina Dzambegovic* |

**FEDERAL HOME LOAN MORTGAGE CORPORATION**

By:*/s/ Amy Greenstein*
　Amy Greenstein
　Fidelity National Law Group
　10 S. LaSalle, Suite 2750
　Chicago, Illinois 60603
　(312) 223-2418

*Counsel for Federal Home Loan Mortgage Corporation*